# PROCEEDING MEMO

**Date: 01/15/2020 10:00 am**

In re:    Vance Strader

                                                Bankruptcy No. 19-24638-CMB
Chapter: 13
Doc. # 29

**Appearances:** Winnecour/

**Nature of Proceeding:** # 29 Motion to Reconsider Dismissal of Case

**Additional Pleadings:**

**Judge's Notes:**
Debtor failed to appear. Motion to reconsider denied

FILED
1/15/20 1:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief U.S. Bankruptcy Judge