IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  
Vance Strader  
      Debtor

Case No. 19-24638

Chapter 13

Related to Document no. 29

## ORDER OF COURT

**AND NOW**, this 15th day of January, 2020, It is **HEREBY ORDERED, ADJUDGED** and **DECREED** that after notice and hearing, the Court having considered the pleadings and facts in this case, and finding no basis for reconsideration of its prior Order. It is hereby **ORDERED** that the Motion to Reconsider is **DENIED**.

BY THE COURT:

_____  
Carlota M. Bohm  
Chief United States Bankruptcy Judge

Cc:  
Vance Strader  
Dba Advance Housing  
231 Yosemite Drive  
Pittsburgh PA 15235

FILED  
1/15/20 2:01 pm  
CLERK  
U.S. BANKRUPTCY  
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Vance Strader  
    Debtor

Case No. 19-24638-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dsaw     Page 1 of 1     Date Rcvd: Jan 15, 2020  
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2020.  
db            +Vance Strader,    231 Yosemite Dr.,    Pittsburgh, PA 15235-2045

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2020                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2020 at the address(es) listed below:  
            James Warmbrodt     on behalf of Creditor     PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com  
            Keri P. Ebeck     on behalf of Creditor     Duquesne Light Company kebeck@bernsteinlaw.com,  
            jbluemle@bernsteinlaw.com  
            Kevin M Buttery     on behalf of Creditor     U.S. Bank National Association, as Trustee Merrill  
            Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-4  
            kbuttery@rascrane.com  
            Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
            Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
            S. James Wallace     on behalf of Creditor     Peoples Natural Gas Company LLC sjw@sjwpgh.com,  
            Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
                                                                                                                      TOTAL: 6